UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JARVIS J. BROWN | CIVIL ACTION |
| VERSUS | NO: 20-623 |
| JAMES M. LEBLANC, ET AL. | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Jarvis Brown's 28 U.S.C. § 2254 Petition for the issuance of a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state court review of all his claims.

March 12, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE